# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Official Caption[1]

2013-1455

POWER MANAGEMENT SOLUTIONS LLC,

          Plaintiff-Appellant,

v.

ADVANCED MICRO DEVICES, INC.,

          Defendant-Appellee.

Appeal from the United States District Court for the District of Delaware in case no. 12-CV-0426, Judge Richard G. Andrews.

Authorized Abbreviated Caption[2]

POWER MANAGEMENT SOLUTIONS V ADVANCED MICRO DEVICES, 2013-1455

---

[1] Required for use on petitions, formal briefs and appendices, court opinions, and court orders. FRAP 12(a); 32(a).
[2] Authorized for use only on items not requiring the Official Caption as listed in note 1.