**FORM 8.** Entry of Appearance

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Power Management Solutions LLC v. Advanced Micro Devices, Inc.

No. 2013-1455

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

☐ Pro Se    ☑ As counsel for:    Advanced Micro Devices, Inc.
                                  Name of party

I am, or the party I represent is (select one):

☐ Petitioner    ☐ Respondent    ☐ Amicus curiae    ☐ Cross Appellant
☐ Appellant    ☑ Appellee    ☐ Intervenor

As amicus curiae or intervenor, this party supports (select one):

☐ Petitioner or appellant    ☐ Respondent or appellee

My address and telephone are:

Name:            Aaron R. Fahrenkrog
Law firm:        Robins, Kaplan, Miller & Ciresi L.L.P.
Address:         2800 LaSalle Plaza, 800 LaSalle Avenue
City, State and ZIP:  Minneapolis, MN 55402
Telephone:       (612) 349-8500
Fax #:           (612) 339-4181
E-mail address:  ARFahrenkrog@rkmc.com

Statement to be completed by counsel only (select one):

☑ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

☐ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

☐ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): May 9, 2008

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

☐ Yes    ☑ No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

  July 3, 2013                         /s/ Aaron R. Fahrenkrog
     Date                           Signature of pro se or counsel

cc: All counsel of record

# **CERTIFICATE OF SERVICE**

I hereby certify that on this date, I caused the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system, which will send a notification of such filing to the following counsel of record:

Bryan G. Harrison
bgh@mmmlaw.com
Jeffrey T. Breloski
jbreloski@mmmlaw.com
MORRIS, MANNING & MARTIN, LLP
1600 Atlanta Financial Center
3343 Peachtree Road, NE
Atlanta, GA 30326

Dated: July 3, 2013

/s/ Aaron R. Fahrenkrog
Aaron R. Fahrenkrog
ARFahrenkrog@rkmc.com
ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402
Tel: (612) 349-8500
Fax: (612) 339-4181